IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 4:07-cr-65-RH-GRJ

JONATHAN DAVID DUKE,

    Petitioner.

_____/

## ORDER

This matter is before the Court on Doc. 112, Petitioner's "Motion For Reconsideration of Counsel." Petitioner requests the Court to reconsider its previous order denying Petitioner's request for appointment of counsel to represent him in his Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody. On September 21, 2009 (Doc. 82) the Court denied Petitioner's request to reconsider the Court's previous order denying Plaintiff's request for appointment of counsel. Petitioner's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody is presently under advisement by the Court. Appointment of counsel in a habeas case such as this is generally only necessary when the Court determines that an evidentiary hearing is required to resolve the petition. At this juncture there does not appear to be any need for an evidentiary hearing and therefore no necessity for the appointment of counsel.

    Upon due consideration, it is **ORDERED**:

Petitioner's Motion For Reconsideration of Counsel.(Doc. 112) is **DENIED**.

**DONE AND ORDERED** in Gainesville, Florida this 21st day of November 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

*Case No: 4:07-cr-65-RH -GRJ*